# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SECURITIES AND EXCHANGE COMMISSION                                      PLAINTIFF

v.                                  No. 4:07CV00786 JLH

JAMES BLACKMAN ROBERTS; FOMAC
INTERNATIONAL, INC.; and
CONSULTORES LAS TRES AMERICAS S.A.                                     DEFENDANTS

## ORDER

On February 27, 2008, the Securities and Exchange Commission filed a status report as directed by the Court in an order dated January 28, 2008. The Commission proposed that the Court grant an additional 30 days for the defendants either to file an answer or be defaulted, and so the Court will do so. The defendants must file an answer within 30 days from the entry of this order or a default judgment will be entered against them. The time within which the defendants must provide the accounting that they agreed to provide in paragraph 8 of the agreed order of preliminary injunction is extended up to and including the 30th day after the entry of this order.

IT IS SO ORDERED this 5th day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE